UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI HUNTE,

Plaintiff,

v.

AIR MAIL 546 HUDSON STREET LLC and 546 HUDSON STREET PARTNERS LLC,

Defendants.

26-CV-1856 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 6, 2026, Plaintiff filed the Complaint in this action. Dkt. 1 (Compl.). On March 10, 2026, the Court issued an order directing the parties to attempt to settle this case. Dkt. 7 (Mar. 10, 2026 Order). The parties were to submit a joint letter by April 14, 2026, informing the Court of the status of those discussions and whether they sought to proceed with an initial status conference. *Id.* The parties never submitted a joint letter, Defendants never appeared, and Plaintiff never filed proof of service of the Complaint or the Court's initial order.

No later than October 13, 2026, Plaintiff shall submit a letter as to the status of this case. Failure to do so will result in dismissal of this case for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which provides that a district court may dismiss an action if "the plaintiff fails to prosecute or otherwise comply with [the] rules or a court order." Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: September 29, 2026
New York, New York

Ronnie Abrams
United States District Judge